DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

| | | | |
|---|---|---|---|
| State v. Douglas<br><br>Case below:<br>166 N.C. App. 280 | No. 540P04 | Def's PWC to Review Decision of COA (COA03-329) | Denied (12/02/04) |
| State v. Farlow<br><br>Case below:<br>161 N.C. App. 541 | No. 001P04-2 | Def's PWC to Review the Decision of the COA (COA03-123) | Denied (12/02/04) |
| State v. Feeney<br><br>Case below:<br>165 N.C. App. 706 | No. 469P04 | Def's PDR Under N.C.G.S. § 7A-31 (COA02-1716) | Denied (12/02/04) |
| State v. Forrest<br><br>Case below:<br>164 N.C. App. 272 | No. 270A04 | 1. Def's NOA Based Upon a Dissent (COA03-806)<br><br>2. Def's PDR as to Additional Issues | 1. —<br><br>2. Denied (12/02/04) |
| State v. Foye<br><br>Case below:<br>165 N.C. App. 276 | No. 364P04 | Def's PDR Under N.C.G.S. § 7A-31 (COA03-549) | Denied (12/02/04) |
| State v. Gary<br><br>Case below:<br>164 N.C. App. 599 | No. 330P04 | Def's PDR Under N.C.G.S. § 7A-31 (COA03-1089) | Denied (12/02/04) |
| State v. Goodman<br><br>Case below:<br>165 N.C. App. 865 | No. 497P04 | Def's PDR Under N.C.G.S. § 7A-31 (COA03-541) | Denied (12/02/04) |
| State v. Graham<br><br>Case below:<br>163 N.C. App. 784 | No. 254P04 | Def's PDR Under N.C.G.S. § 7A-31 (COA03-788) | Denied (12/02/04) |
| State v. Harris<br><br>Case below:<br>166 N.C. App. 386 | No. 548A04 | AG's Motion for Temporary Stay (COA03-1071) | Allowed **10/27/04** |
| State v. Hedgepeth<br><br>Case below:<br>165 N.C. App. 321 | No. 405P04 | Def's PDR Under N.C.G.S. § 7A-31 (COA03-787) | Denied (12/02/04) |